UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:09-cr-576-T-30EAJ

HENRY WELLS

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Final Judgment of Forfeiture (Doc. 42), pursuant to 18 U.S.C. § 2253, 21 U.S.C. 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2), for the Dell Laptop Inspiron 1525, Serial Number: FS8KNF1.

The Court, being fully advised in the premises, hereby finds as follows.

1. On January 27, 2010, a Two Count Superseding Indictment was filed in the instant case, charging defendant Henry Wells ("Wells") with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2). (Doc. 14).

2. The Indictment contained Forfeiture Allegations pursuant to provisions of 18 U.S.C. § 2253, seeking forfeiture of Wells' right, title, and interest in any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the

commission of such offense or any property traceable to such property. Specific property to be forfeited includes, but it is not limited to: One Dell Laptop computer, Service Tag Number F8KNF1.[1]  (Doc. 14 at 2).

    3.    On March 4, 2010, the United States filed an Amended Notice of Essential Elements, Penalties, and Factual Basis, which provided the facts supporting Wells' conviction on the child pornography offense charged in Counts One and Two of the Superseding Indictment. (Doc. 26). On that same date, Wells pleaded guilty to Counts One and Two at a hearing before United States Magistrate Judge Elizabeth A. Jenkins, who recommended that his plea be accepted. (Docs. 27, 30).

    4.    On March 19, 2010, Wells' plea was accepted, and he was adjudicated guilty. (Doc. 31).

    5.    On July 14, 2010, Wells was sentenced, and the computer was found subject to forfeiture and included in the Judgment. (Docs. 37, 38).

    6.    In accordance with the provisions of 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture of the Dell Laptop Inspiron 1525, Serial Number: FS8KNF1, and of its intent to dispose of the computer, on the official government website, www.forfeiture.gov, from October 19, 2010 through November 17, 2010. (Doc. 41). The publication gave notice to all third parties with a legal interest in the computer to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa,

---

[1] In August 2010, the United States learned that the serial number was identified incorrectly in the Superseding Indictment and the Judgment. The correct Serial Number is FS8KNF1 *not* F8KNF1.

Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

7. No person or entity other than the Wells, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the computer. No third party has filed a petition or claimed an interest in the computer, and the time for filing such petition has expired. Thus, any third-party interest in the property is now barred.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 42) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the Dell Laptop Inspiron 1525, Serial Number: FS8KNF1 is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 2253, 21 U.S.C. 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law.

Clear title to the computer is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on December 22, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-576.forfeit 42.wpd